```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                    Case No. 07-cr-94-PB

**Joseph Downing**


**O R D E R**

The defendant, through counsel, has moved to continue the November 6, 2007 trial in the above case, citing the need for additional time to undergo multiple surgical procedures for injuries suffered while engaged in combat in Iraq.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 6, 2007 to January 8, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The October 24, 2007 final pretrial conference is continued to December 18, 2007 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 24, 2007

cc: Don Feith, AUSA
    Jonathan Saxe, Esq.
    United States Probation
    United States Marshal