```
                 UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                              Case No. 07-cr-94-PB

**Joseph Downing**

### O R D E R

The defendant, through counsel, has moved to continue the January 8, 2008 trial in the above case, citing the need for additional time for defendant to undergo several surgeries required as a result of injuries suffered while serving in Iraq. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 8, 2008 to May 6, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The December 18, 2007 final pretrial conference is continued to April 23, 2008 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 18, 2007

cc: Jonathan Saxe, Esq.
    Donald Feith, AUSA
    United States Probation
    United States Marshal